BIAGRO WESTERN SALES,
INC., Plaintiff–Appellee,

v.

GROW MORE, INC., Defendant–
Appellant.

No. 01–1102.

United States Court of Appeals,
Federal Circuit.

Nov. 1, 2001.

## JUDGMENT

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: **REMANDED**

## ON MOTION

### *ORDER*

In view of the summary judgment granted by United States District Court Judge Robert E. Coyle on October 18, 2001, and entered on the docket of the United States District Court for the Eastern District of California (Fresno) on October 19, 2001,

IT IS ORDERED THAT:

1. The preliminary injunction is vacated and the case remanded to the district court for further proceedings.

2. The oral argument in this case is cancelled.